## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.           **Case No. 8:91-cr-180-T-23EAJ**

**GRAZIANO PUGLIESSE,**

    **Defendant.**

_____/

## O R D E R

The Defendant is before the court on a petition alleging violation of conditions of pretrial release[1]. By the petition, the Defendant failed to contact Pretrial Services by telephone on January 20, 1992, and his whereabouts were unknown. On February 5, 1992, a warrant for his arrest was issued by the district judge. The Defendant has been at large ever since. According to the docket sheet for this case, the Defendant was sentenced on May 19, 1992, in absentia, to 121 months incarceration and four years supervised release. In these circumstances the Defendant is appropriately committed to the custody of the United States Marshal for delivery to the Bureau of Prisons to begin his sentence. The Order of Release (Doc. 6) is REVOKED.

**Done and Ordered** in Tampa, Florida, this 10th day of March 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
James Preston, Assistant United States Attorney
Kevin Beck, Counsel for Defendant
U.S. Marshal

---

[1] The court has appointed the Federal Public Defender to assist the Defendant and authorized them to look into the matter of the Defendant's sentence in absentia.